**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. LEWIS,<br><br>            Plaintiff,<br><br>   vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT,<br><br>            Defendant.<br>_____ / | No. C 06-2502 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

   This is a civil rights case filed pro se by a prisoner at the San Francisco County Jail. The court's order denying extending the time to file in forma pauperis information was returned by the postoffice as undeliverable, with a notation that he was no longer in custody. Plaintiff has not provided a current mailing address.

   More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

   **IT IS SO ORDERED.**

Dated: August 24, 2006.

                                                                PHYLLIS J. HAMILTON
                                                                United States District Judge

G:\PRO-SE\PJH\CR.06\LEWIS502.DSM-MAIL